FILED
MAY 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Francisco Fentanes
Bking 2008008921  6-B, 62-B
5535 Giant Hwy
Richmond CA 94806
May-06-2008
008-0036 PJH

To: The clerk of The court

Dear Sr./Madame

I am writing this letter to inquire about the status of my case, # 0036 or 0038? I don't know wich number it is.

I was released from Martinez Detention Fac. on February, since then, I have been Homeless and Trying to find an Attorney who would take my case. So far I have not been able to find any one intrested in it.

I'm wonthering if the court can help me in any way, either by appointing an Attorney to my case or by referring my case to an Attorney who would take cases such as mine.

Thank you berry much for your attention

Sincerely
Francisco Fentanes



Francisco Fontanes
Dkt. 30086204971 G.B-62B
535 Grant Hwy
Richmond CA 94806

To: The Clerk of the Court
450 Golden Gate St.
San Francisco CA 94102

MAILED FROM ZIP CODE 94520
MAY 09 2008
$00.41
PITNEY BOWES