RECEIVED

08 JUN -6 PH 2:21

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

C08 - 36 PH

Francisco Fentanes
6-A, 58A Bk.# 2008008971
5555 Giant Hwy.
Richmond ca 94806

May 06, 2008.

FILED

JUN 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: The clerk of the court
Dear Sr/Madiem:
    I am writing this letter to inquire about
The status of my case # 0036 or 0038?
    I am not sure wich number it is. I was
released from Jail on February, Since then I have
been homeless and trying to find an Attorney who
would take my case. So far I have not been
able to find anyone interested in it.
    I'm wondering if the court can help me
in any way? Either by appointing an Attorney to
my case, or refering me to an Attorney(s) who
would take cases such as mine.
    Thankyou Very Much for your Attention.

                    Sincerely
                    Francisco Fentanes

# CONTRA COSTA COUNTY
# DETENTION FACILITY
5535 Giant Hwy - Richmond CA 94806

( ) INMATE REQUEST FOR INFORMATION    ( ) MEDICAL REQUEST

To: The clerk of The Court, Fed. Building

From: Francisco Fentanes   Bkg # 20-8008971

Date: 06/02/2008   (DOB)   Housing Assignment: 6A, 58A

Check One:   (✓) Request  ( ) Grievance  ( ) Appeal  ( ) Other

Request: Dear Sr/Mad'am I I'm writing
This letter To inquire about The
STaTus of my case, I believe is #
0036 or # 2038, also I would like
To know if you received a letter
of inquiry wich I mailed on The
06 of may 2008, As you may know
I am an indigent Prisoner so
I can only hope That my mail gets
Sent out. Enclosed I'm sending a
dupplicate of That leTer.

Date Rec'd: ___/___/___   Rec'd By: _____

Routed To: _____

ANSWER:    ( ) APPROVED    ( ) DENIED-(state reason)

_____

_____

_____

By: _____   Date: ___/___/___

Pink: Kept by Inmate   Yellow: Reply to Inmate   White: To Booking
DET 024: FRM 1/2/91



Francisco Fentanes
. A. 5PA - Reg # 20050089 71
5535 Giant Hwy.
Richmond CA 94806

Indigent

U.S. District Court, Northern District
. Clerk of The Court
450 Golden Gate Ave.
San Francisco CA 94102

54 Cause 1
Inmate Mail

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.42º
02 1P        JUN 04 2008
0002347351  MAILED FROM ZIP CODE 94806