**RECEIVED**
JUL -1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Francisco J. Fentanes
2008005911 6A-62A
5535 Giant Hwy
Richmond CA 94806

May 06, 2008

**FILED**
JUL 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: The Clerk of Court

Dear Sr. Madam

   I'm writting this letter to inquire about the status of my case # 0036 PJH or # 0038?
   I don't know wich number it is; I was released from Jail on February, since then I have been homeless and trying to find an Attorney who would take my case.
   So far I have not been able to find anyone intrested in it.
   I'm wondering if the court can help me in any way either by appointing an Attorney or to my case or by refering me to an Attorney who would take cases such as mine
   Thank you very much for your Attention.

            Sincerely
            Francisco Fentanes

# CONTRA COSTA COUNTY
# DETENTION FACILITY

( ) INMATE REQUEST FOR INFORMATION   ( ) MEDICAL REQUEST

To: The clerk of The Fed. Court Buildin San Francisco
450 Golden Gate St
From: Francisco Fentanes   Bkg # 2008008971
Date: 06/23/08   (DOB)   Housing Assignment: 6A-3
Check One:   (✓) Request   ( ) Grievance   ( ) Appeal   ( ) Other

Request: Dear cleark. I have written Two Previous letters To you, inquiring about The status of my case. # C0036 or 38?
I have not recieved an answer and I'm wondering if you've received my letters. The first letter was sent on May 6, 2008. The second letter was sent by my Public Defender on June 3, 2008.
I'm still wondering about The status of my case. Enclosed I'm including a coppy of said letters.
Thank you for your prompt Responce

Date Rec'd: __/__/__   Rec'd By: Francisco Fentanes
Routed To: _____
ANSWER:   ( ) APPROVED   ( ) DENIED-(state reason)
_____
_____
_____
_____

By: _____   Date: __/__/__

Pink: Kept by Inmate   Yellow: Reply to Inmate   White: To Booking
DET 024: FRM 1/2/91

#1

# CONTRA COSTA COUNTY
# DETENTION FACILITY

5535 Giant Hwy - Richmond CA 94806

( ) INMATE REQUEST FOR INFORMATION     ( ) MEDICAL REQUEST

To: The clerk of The Court, Fed. Building
From: Francisco Fentanes   Bkg # 2008005971
Date: 06/02/2008   (DOB) Housing Assignment: 6A, 58A

Check One:   (✓) Request   ( ) Grievance   ( ) Appeal   ( ) Other

Request: Dear sr/Mad'am xI'm writing This letter To inquire about the status of my case, I believe is # 0036 or # 0038, also I would like To know if you received a letter of inquiry wich I mailed on The 06 of May 2008. As you May Know I am an indigent Prisoner and so I can only hope that my mail gets Sent out. Enclosed I'm sending a dupplicate of That leter.

Date Rec'd:  / /  Rec'd By: _____

Routed To: _____

ANSWER:    ( ) APPROVED    ( ) DENIED-(state reason)

_____
_____
_____
_____

By: _____ Date: __/__/__

Pink: Kept by Inmate    Yellow: Reply to Inmate    White: To Booking
DET 024: FRM 1/2/91

Francisco Fontanes
20800897, GA-OAKLAND, CA 946
535 Giant Hwy
Richmond CA 94806

County Jail
Inmate Mail

Clerk of The Court
450 Golden Gate St.
San Francisco CA 94102