ORIGINAL
FILED
SEP 04 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CONTRA COSTA COUNTY
# DETENTION FACILITY

5555 Giant Highway
Richmond, CA 94806      08-0036 PJH

(✓) INMATE REQUEST FOR INFORMATION    ( ) MEDICAL REQUEST

To: Clerk of The Court Fed. Building 450 Golden Gate St. S.F.
From: Francisco Fentanes    Bkg # 2008008971
Date: 08 / 29 / 08    (DOB) Housing Assignment: 7-B, 63

Check One:   (✓) Request   ( ) Grievance   ( ) Appeal   ( ) Other

Request: Clerk of The Court: I have written To The court on five different ocations, on May 6-08; June 2-08; June 26-08; Aug 18-08 and on This date.

I'm enquiring about The status of my case # C 0036.

I have not received any responce from you; have you received my letters?

I don't want you to think That I have abandoned The case.

Please send me a receipt.

Thank you very much

Date Rec'd:  /  /   Rec'd By:
Routed To:
ANSWER:        ( ) APPROVED        ( ) DENIED-(state reason)

P.S. Please don't abandon me only because I'm indigent and have no one out side to help me.

By: _____    Date: __/__/__

Pink: Kept by Inmate    Yellow: Reply to Inmate    White: To Booking
DET 024: FRM 1/2/91



Francisco Felianes
BKG 20080897/ZBGLAND CA 946
WST County Detention Facility
535 Giant Highway
Richmond, CA 94806

Clerk, Federal Court Building
450 Golden Gate
San Francisco CA 94102