UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO FENTAINES,

        Plaintiff,

    v.

CONTRA COSTA OFFICE OF THE SHERIFF,

        Defendant.

No. C 08-0036 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed by a former prisoner at the Contra Costa Jail. The complaint was dismissed with leave to amend. In the order the court noted that plaintiff had listed as a defendant only "Contra Costa Office of the Sheriff" (in the caption) and "Employees of Contra Costa Office of the Sheriff" (on page three of the complaint). He was ordered to clearly indicate the intended defendants by including them in the caption and on page three, and providing an address at which each one could be served. The court also noted deficiencies with the claims set out in the complaint.

Plaintiff has amended. In the amendment he does not name any individual as a defendant, but again names only the Contra Costa Sheriff's Office. He does not allege that any of the actions that were taken against him were pursuant to a practice or policy of the Contra Costa Sheriff's Office, and the nature of the allegations is such as to make it unlikely the actions were pursuant to such a policy. Plaintiff therefore has not stated a claim against any defendant – not against any individual because he has named none, and not against the sheriff's office because he has not alleged the violation of a policy or practice. *See Shaw v. Cal. Dep't of Alcoholic Beverage Control*, 788 F.2d 600, 610-11 (9th Cir. 1986). The amended complaint will be dismissed without further leave to amend.

**CONCLUSION**

The amended complaint is **DISMISSED** with prejudice.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  April 13, 2010.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.08\FENTAINES0036.DSM.wpd